# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JENNIFER WALTON,

    Plaintiff(s),

v.

CREDIT ONE FINANCIAL,

    Defendant(s).

Case No. 2:17-cv-02560-JAD-NJK

ORDER

(Docket No. 10)

Pending before the Court is Defendant's motion to extend the deadline to respond to the complaint by 30 days. Docket No. 10. The motion is **GRANTED** in part and **DENIED** in part, in that the Court finds a 7-day extension appropriate at this time. Any further request shall be made only after conferring with opposing counsel.[1]

IT IS SO ORDERED.

DATED: January 16, 2018

                                      NANCY J. KOPPE
                                      United States Magistrate Judge

---

[1] Although Defendant's counsel indicated he was unable to reach Plaintiff's counsel to discuss this request, he did not attempt to reach opposing counsel at the phone number identified on the docket.