1　John S. Delikanakis
　　Nevada Bar No. 5928
2　Michael Paretti
　　Nevada Bar No. 13926
3　SNELL & WILMER L.L.P.
　　3883 Howard Hughes Parkway, Suite 1100
4　Las Vegas, NV 89169
　　Telephone: (702) 784-5200
5　Facsimile:  (702) 784-5252
　　Email: jdelikanakis@swlaw.com
6　Email: mparetti@swlaw.com

7　Attorneys for Defendant Credit One

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WALTON, | Case No. 2:17-cv-02560-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| CREDIT ONE FINANCIAL, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS STIPULATED AND AGREED by and between Plaintiff Jennifer Walton ("Plaintiff"), and Defendant Credit One Bank, N.A., erroneously named as Credit One Financial ("Credit One"), through their respective counsel of record, as follows:

The time for Credit One to answer or otherwise plead to Plaintiff's Complaint is extended by twenty-one (21) days, up to and including February 6, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Snell & Wilmer L.L.P. was only recently retained as counsel for Credit One and requires time to investigate Plaintiff's claims. The parties also will discuss settlement and investigate the possible existence of an arbitration agreement.

DATED this  16th  day of January, 2018.

SNELL & WILMER L.L.P.

By: /s/ John S. Delikanakis
    John S. Delikanakis
    Nevada Bar No. 5928
    Michael Paretti
    Nevada Bar No. 13926
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169

    Attorneys for Defendant
    Credit One

DATED this  16th  day of January, 2018.

Robert E. Glennen, III PC

By: Robert E. Glennen, III
    Robert E. Glennen, III, Esq.
    Nevada Bar No. 2143
    601 S. 10th St.
    Las Vegas, NV 89101

    201 E. Hall St.
    P.O. Box 73
    Goldfield, NV 89013

    500 N. Columbia
    P.O. Box 73
    Goldfield, NV 89013

    Attorneys for Plaintiff
    Jennifer Walton

*Jennifer Walton v. Credit One Financial*
Case No. 2:17-cv-02560-JAD-NJK

**ORDER**

IT IS SO ORDERED.

DATED this __17th__ day of January, 2018.

_____
United States Magistrate Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.


/s/ John S. Delikanakis
John S. Delikanakis
Nevada Bar No. 5928
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
Credit One