1  John S. Delikanakis
   Nevada Bar No. 5928
2  Michael Paretti
   Nevada Bar No. 13926
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: jdelikanakis@swlaw.com
6  Email: mparetti@swlaw.com

7  Attorneys for Defendant Credit One

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WALTON, | Case No. 2:17-cv-02560-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| CREDIT ONE FINANCIAL, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS STIPULATED AND AGREED by and between Plaintiff Jennifer Walton ("Plaintiff"), and Defendant Credit One Bank, N.A., erroneously named as Credit One Financial ("Credit One"), through their respective counsel of record, as follows:

The time for Credit One to answer or otherwise plead to Plaintiff's Complaint is extended by ten (10) days, up to and including February 16, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer L.L.P. and Credit One require additional time to investigate Plaintiff's claims. The parties also will discuss settlement and investigate the possible existence of an arbitration agreement.

DATED this  6th  day of February, 2018.

SNELL & WILMER L.L.P.

By: /s/ John S. Delikanakis
    John S. Delikanakis
    Nevada Bar No. 5928
    Michael Paretti
    Nevada Bar No. 13926
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169

Attorneys for Defendant
Credit One

DATED this  6th  day of February, 2018.

Robert E. Glennen, III PC

By: /s/ Robert E. Glennen, III
    Robert E. Glennen, III
    Nevada Bar No. 2143
    601 S. 10th St.
    Las Vegas, NV 89101

201 E. Hall St.
P.O. Box 73
Goldfield, NV 89013

500 N. Columbia
P.O. Box 73
Goldfield, NV 89013

Attorneys for Plaintiff
Jennifer Walton

*Jennifer Walton v. Credit One Financial*
Case No. 2:17-cv-02560-JAD-NJK

**ORDER**

IT IS SO ORDERED.

DATED this __7th__ day of February, 2018.

_____
United States Magistrate Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ John S. Delikanakis
John S. Delikanakis
Nevada Bar No. 5928
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
Credit One